IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT ACOSTA, #133213,**
    Petitioner,

vs.          Case No.: 3:15cv275/MCR/CAS

**SECRETARY, DEPARTMENT OF CORRECTIONS,**
    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 24, 2015 (doc. 3). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is to be transferred to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

    **DONE AND ORDERED** this 28th day of July 2015.

                              _s/ M. Casey Rodgers_
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**